**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: A.R.M., A MINOR : No. 516 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
PETITION OF: K.M., JR., FATHER : :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.